In The Court of Criminal Appeals

Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

Ginnie Fay Roberts,
        Appellant

v.

State Of Texas
        Appellee

No. 10-14-0048-CR

FILED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

First Motion For Extension Of Time for Filing of Appellants Pro Se Petition For Discretionary Review

To The Honorable Justices Of The Court Of Appeals:

   Appellant, Ginnie Fay Roberts, Pro Se, requests the Court grant an extension until May 6, 2015 for the filing of Appellants Pro Se Petition For Discretionary Review. The following allegations are made in Support of this motion.

                    I.

   The court below is the 413th Judicial District Court of Johnson County, Texas. The style and number of the case in the trial court is State of Texas v. Ginnie Fay Roberts, cause Number F47843.

                    II.

   Appellant, Ginnie Fay Roberts, was convicted of possession of a controlled substance with intent to deliver - 4 to 200 grams (enhanced)

(1)

in Count One and Delivery of Marihuana to a Minor (Enhanced) in Count Two in the above styled and numbered cause. Appellant was sentenced to 75 years in the Texas Department of Criminal Justice on Count One and 60 years in the Texas Department of Criminal Justice on Count Two.

Appellant is proceeding Pro Se in the above cause. Appellant is currently incarcerated in the Lane Murray Unit located in Gatesville, Texas.

Appellant filed her Brief on August 11, 2014 with the Court of Appeals, Tenth District of Texas, Waco Texas.

On January 8, 2015, the Court of Appeals for the Tenth District of Texas delivered and filed an Opinion and Judgment affirming the trial court's judgments. Thus Appellant's Petition For Discretionary Review is due February 7, 2015. Appellant recieved a copy of the Court of Appeals opinion and judgment on January 30, 2015 via certified mail return receipt requested # 7012 2210 0001 7338150 from her court appointed appellate attorney. Lane E. Haseley; thereby giving Appellant one week to prepare and file her Pro Se Petition For Discretionary Review.

Appellant, whom is proceeding prose is allowed access to the unit's Law Library only 10 hours per week. At the unit, Appellant is also assigned to a job requiring 8 hours per day. Appellant does not have access to copy facilities or computers or typewriters. All documents are prepared by hand as well as case cite research.

Appellant's circumstances prevent her from completing the necessary legal research to prepare the Pro Se Petition For Discretionary

-2-

Review within the allowed thirty days.

### III.

This is Appellant's First motion for extention of time regarding this case.

### IV.

This extention is not requested for purposes of delay but rather to adequately brief the legal issues presented by this appeal and petition for discretionary review. The circumstances stated above and associated with being incarcerated prevent Appellant from completing the ProSe Petition for Discretionary Review by its due date.

Therefore, Appellant prays that this honorable court grant Appellant's First Motion for Extension of Time for filing her ProSe Petition For Discretionary Review and extend the time for filing of said Petition for 90 days to May 6, 2015.

Respectfully Submitted.

Ginnie Fay Roberts
TDCJ # 1906777
Lane Murray Unit
1916 N. Hwy 36 By Pass
Gatesville, TEXAS 76596

3.

## Certificate Of Service

A copy of Appellant's Pro Se Motion has been mailed to the court of Criminal Appeals by addressing same to P.O. Box 12308, Austin, Texas 78711; and a copy of letter notifying of the filing of this Motion was forwarded to the District Attorneys office, Appellate Department, Guinn Justice Center, 204 So. Buffalo, Cleburne, Texas 76033 - by dropping said documents into the U.S. Mail Box located on the Lane Murray Unit (located by Dining Hall) on this the 3rd day of February 2015.

Ginnie Fay Roberts

Ginnie Fay Roberts, Pro Se
TDCJ #. 1906777
Lane Murray Unit
1916 N. Hwy 36 By Pass
Gatesville, Texas 76596

## Certificate of Conference

Appellant does not have the access to conference telephonically with the Appellate Department of the District Attorneys office and is therefore unable to determine if they object to the granting of this motion.

Ginnie Fay Roberts

Ginnie Fay Roberts, Pro Se